IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDRA O'HARA-HARMON, Plaintiff,
v.

No. C 19-cv-00601 WHA

FACEBOOK, INC., Defendant.

FILED
APR 19 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



## MOTION TO FOR APPOINTMENT OF A LAWYER

Plaintiff, Sandra O'Hara- Harmon, hereby requests for an appointment of a local lawyer in the above styled civil action number.

1. Plaintiff, has limited income of $36,725 annually for a family of Three employed as a South Carolina State Certified Public School Teacher as noted by my IRS Transcript of my income.
2. Plaintiff is able to pay a portion of her income to the appointed lawyer as determined by the court and/ or agency's income scale.
3. Plaintiff sought to follow the instructions provided on Facebook regarding filing suits against it in the US District Court for the Northern District of California in filing this complaint.
4. However, California is a major distance from the State which Plaintiff resides, in making it financially impossible for Plaintiff to maintain her living expenses, and afford the cost of airline flights and hotel expenses required to travel to the State of California.
5. Attached is a copy of Plaintiff most recent income tax transcripts from the IRS, to verify Plaintiff indigency.

WHEREFORE Plaintiff request for the appointment of legal counsel in this case.

Dated:  April 16, 2019

Respectfully submitted,

Sandra O'Hara-Harmon
Sandra O'Hara- Harmon
815 F Street
Hartsville, SC 29550.