**Internal Revenue Service**
United States Department of the Treasury

Plaintiff Exhibit #1

This Product Contains Sensitive Taxpayer Data

Request Date: 02-21-2019
Response Date: 02-21-2019
Tracking Number: 100431610535

Tax Return Transcript

SSN Provided:
Tax Period Ending: Dec. 31, 2018

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

013180

SSN:
SPOUSE SSN:

NAME(S) SHOWN ON RETURN: HARM
ADDRESS: 815 F

```
FILING STATUS:                                              Head of Household
FORM NUMBER:                                                            1040
CYCLE POSTED:                                                        20190505
RECEIVED DATE:                                                   Apr. 15, 2019
REMITTANCE:                                                           $0.00
EXEMPTION NUMBER:                                                        03
OTHER DEPENDENT CREDIT TOTAL ELIGIBLE PER COMPUTER:                      00
OTHER DEPENDENT CREDIT TOTAL ELIGIBLE VERIFIED:                          00
EXEMPTION NUMBER:                                                         3
DEPENDENT 1 NAME CTRL:                                                 HARM
DEPENDENT 1 SSN:
DEPENDENT 2 NAME CTRL:                                                 BETH
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
PTIN:
PREPARER EIN:
```

Income

```
WAGES, SALARIES, TIPS, ETC.................................$36,725.00
TAXABLE INTEREST INCOME: SCH B..................................$0.00
TAX-EXEMPT INTEREST.............................................$0.00
ORDINARY DIVIDEND INCOME: SCH B.................................$0.00
QUALIFIED DIVIDENDS.............................................$0.00
REFUNDS OF STATE/LOCAL TAXES....................................$0.00
ALIMONY RECEIVED................................................$0.00
BUSINESS INCOME OR LOSS (Schedule C)............................$0.00
BUSINESS INCOME OR LOSS: SCH C PER COMPUTER.....................$0.00
CAPITAL GAIN OR LOSS: (Schedule D)..............................$0.00
CAPITAL GAINS OR LOSS: SCH D PER COMPUTER.......................$0.00
OTHER GAINS OR LOSSES (Form 4797)...............................$0.00
TOTAL IRA DISTRIBUTIONS.........................................$0.00
TAXABLE IRA DISTRIBUTIONS.......................................$0.00
IRAs, PENSIONS AND ANNUITIES....................................$0.00
TAXABLE IRAs, PENSIONS AND ANNUITIES............................$0.00
SCHEDULE 2 INDICATOR................................................0
SCHEDULE 3 INDICATOR................................................0
ADDITIONAL INCOME...............................................$0.00
ADDITIONAL INCOME PER COMPUTER..................................$0.00
REFUNDABLE CREDITS PER COMPUTER.............................$3,967.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER........................$0.00
QUALIFIED BUSINESS INCOME DEDUCTION.............................$0.00
```

```
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):...............................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:..................$0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:......................................$0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:......................................$0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:................................$0.00
FARM INCOME OR LOSS (Schedule F):...........................................$0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:..............................$0.00
UNEMPLOYMENT COMPENSATION:..................................................$0.00
TOTAL SOCIAL SECURITY BENEFITS:.............................................$0.00
TAXABLE SOCIAL SECURITY BENEFITS:...........................................$0.00
TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER:..............................$0.00
OTHER INCOME:...............................................................$0.00
SCHEDULE EIC SE INCOME PER COMPUTER:........................................$0.00
SCHEDULE EIC EARNED INCOME PER COMPUTER:...............................$36,725.00
SCH EIC DISQUALIFIED INC COMPUTER:..........................................$0.00
TOTAL INCOME:..........................................................$36,725.00
TOTAL INCOME PER COMPUTER:.............................................$36,725.00
```

Adjustments to Income

```
EDUCATOR EXPENSES:........................................................$250.00
EDUCATOR EXPENSES PER COMPUTER:...........................................$250.00
RESERVIST AND OTHER BUSINESS EXPENSE:.......................................$0.00
HEALTH SAVINGS ACCT DEDUCTION:..............................................$0.00
HEALTH SAVINGS ACCT DEDUCTION PER COMPTR:...................................$0.00
MOVING EXPENSES: F3903......................................................$0.00
SELF EMPLOYMENT TAX DEDUCTION:..............................................$0.00
SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER:.................................$0.00
SELF EMPLOYMENT TAX DEDUCTION VERIFIED:.....................................$0.00
KEOGH/SEP CONTRIBUTION DEDUCTION:...........................................$0.00
SELF-EMP HEALTH INS DEDUCTION:..............................................$0.00
EARLY WITHDRAWAL OF SAVINGS PENALTY:........................................$0.00
ALIMONY PAID SSN:...............................................................
ALIMONY PAID:...............................................................$0.00
IRA DEDUCTION:..............................................................$0.00
IRA DEDUCTION PER COMPUTER:.................................................$0.00
STUDENT LOAN INTEREST DEDUCTION:............................................$0.00
STUDENT LOAN INTEREST DEDUCTION PER COMPUTER:...............................$0.00
STUDENT LOAN INTEREST DEDUCTION VERIFIED:...................................$0.00
TUITION AND FEES DEDUCTION:.................................................$0.00
TUITION AND FEES DEDUCTION PER COMPUTER:....................................$0.00
DOMESTIC PRODUCTION ACTIVITIES DEDUCTION:...................................$0.00
DOMESTIC PRODUCTION ACTIVITIES DEDUCTION PER COMPUTER:......................$0.00
OTHER ADJUSTMENTS:..........................................................$0.00
ARCHER MSA DEDUCTION:.......................................................$0.00
ARCHER MSA DEDUCTION PER COMPUTER:..........................................$0.00
TOTAL ADJUSTMENTS:........................................................$250.00
TOTAL ADJUSTMENTS PER COMPUTER:...........................................$250.00
ADJUSTED GROSS INCOME:.................................................$36,475.00
ADJUSTED GROSS INCOME PER COMPUTER:....................................$36,475.00
```

Tax and Credits

```
65-OR-OVER:...................................................................NO
BLIND:........................................................................NO
SPOUSE 65-OR-OVER:............................................................NO
SPOUSE BLIND:.................................................................NO
STANDARD DEDUCTION PER COMPUTER:.......................................$18,000.00
ADDITIONAL STANDARD DEDUCTION PER COMPUTER:.................................$0.00
TAX TABLE INCOME PER COMPUTER:.........................................$18,475.00
EXEMPTION AMOUNT PER COMPUTER:..............................................$0.00
TAXABLE INCOME:........................................................$18,475.00
TAXABLE INCOME PER COMPUTER:...........................................$18,475.00
TOTAL POSITIVE INCOME PER COMPUTER:....................................$36,725.00
TENTATIVE TAX:..........................................................$1,945.00
TENTATIVE TAX PER COMPUTER:.............................................$1,945.00
FORM 8814 ADDITIONAL TAX AMOUNT:............................................$0.00
TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER:.............................$0.00
FORM 6251 ALTERNATIVE MINIMUM TAX:..........................................$0.00
FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER:.............................$0.00
FOREIGN TAX CREDIT:.........................................................$0.00
```