FILED

APR 19 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDRA O'HARA-HARMON, Plaintiff,

v.                                          No. C 19-cv-00601 WHA

FACEBOOK, INC., Defendant.



## MOTION TO APPEAR AT UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA- FLORENCE DIVISION FOR ALL HEARINGS IN THE ABOVE STYLED CIVIL ACTION

Plaintiff hereby submits this MOTION TO APPEAR AT UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA- FLORENCE DIVISION FOR ALL HEARINGS IN THE ABOVE STYLED CIVIL ACTION and in support avers as follows:

1. Plaintiff is an indigent citizen with a house hold income of $36,725. annually for a family of three as noted on my IRS Income Tax Transcript.
2. Plaintiff seeks fair access to this court to solve her legal problems fairly, and without road blocks to prevent obtaining justice in this case.
3. The State of California is a major distance from the State which Plaintiff resides, in making it financially impossible for Plaintiff to maintain her living expenses, and afford the cost of airline flights and hotel expenses required to travel to the State of California.
4. Plaintiff filed this case under diversity of jurisdiction to alert this court that I reside in a different state from the defendants; however, defendants elected this court for users of is website services to address disputes that arises from its web based services.
5. Plaintiff pleads with this court that she will not be able to participate in in-person hearings unless arrangements are made for Plaintiff to attend at the United States District Court for South Carolina- Florence Division, due to her indigency.
6. Plaintiff request that her appearance for all hearings related to this case, be arranged so that she can attend via video surveillance and/ or camera so that she can meaningfully participate in the required hearings in this case.
7. Plaintiff will not be able to attend in person hearings again, due to her indigency. Plaintiff can't afford the expensive cost of Airplane Flights and the cost of lodging, in California. As the cost of living there is much greater, cause increased costs, which Plaintiff indigency prevents her from being able to afford.
8. Due to not having counsel, and not being able to afford the cost of counsel, Plaintiff seek to be able to have a means for meaningful participation in the court proceeding in this case in which she/I am a

litigant; thus protecting my constitutional right to seek redress on grievance in a court of law, and not be denied such participation as a direct result of my economic condition of not having the money to pay to go back and forth to the State of California, when I reside in South Carolina, and there is a district court within 40 to 50 miles of my residence.
9. Attached is a copy of Plaintiff most recent income tax transcripts from IRS. Plaintiff Exhibit 1

WHEREFORE Plaintiff request that this court grant Plaintiff MOTION <u>TO APPEAR AT UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA- FLORENCE DIVISION FOR ALL HEARINGS IN THE ABOVE STYLED CIVIL ACTION.</u>

PLAINTIFF FURTHER CONTEND:
1. Plaintiff is indigent, and cannot afford the cost of traveling to the State of California, nor paying the cost of lodging.
2. Plaintiff do not have the financial means to travel to the state of California, and as a result, I cannot attend in person hearings.

Dated:  April 16, 2019

Respectfully submitted,

*Sandra O'Hara Harmon*

Sandra O'Hara- Harmon
815 F Street
Hartsville, SC 29550