IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Sandra O'Hara- Harmon
Plaintiff

C. A. No.: 3:19-cv-00601-WHA

VS.

Facebook, Inc. et.al.

### PLAINTIFF NOTICE OF OBJECTION TO THE 8 DELAY IN THIS COURT FILING OF HER RESPONSE TO MOTION TO DISMISS TO ALLOW TIME FOR DEFENDANT'S COUNSEL LATE REPLY: AND OBJECTION TO DEFENSE COUNSEL REPLY AS BEING UNTIMELY

Plaintiff hereby notes her objection on the record to the 8 delay in the filing of her Response by court personnel to adjust the recorded filing date to allow time for defense counsel to submit an untimely reply and in support avers as follows:

1. Recordings of documents 18 was sent 3/18 and recorded 3/22; Document 20 was sent 3/30 and recorded 4/5/19. Likewise document 23 was sent 4/16/2019 then recorded 4/19.
2. The time periods set forth in Civil L.R. 7-2 and 7-3 regarding notice, response and reply to motions set forth minimum time periods.
3. A reply to an opposition must be filed and served not more than 7 days after the opposition is filed.
4. Plaintiff response was sent to this court on the 8th of April 2019. According to the three separate receipt of filings on the record, the mailing time range for receipt of filing is 4 to 5 days.
5. Plaintiff contend that this court intentionally delayed the filing of her response that was sent to this court on the 8th of April 2019. With the established time range of 4 to 5 days for receipt and filing of documents, Plaintiff contend that the document was available for recording on the 12th of April, but was delayed for recording until 8 days from mailing date of the 8th, and recorded on the 16th of April 2018.

6. Plaintiff contend that Defendants response was due within 7 days of the 12th of April 2019, which would have been the 19th of April 2019.

7. Plaintiff contend that the delay in filing her document was to afford defendants additional time in which to file a reply brief that they knew was outside the scope of the 7 day reply rule, as noted by the Rules of Civil Procedure.

8. Defendants had the option to request for an extension of time to file a reply but failed to do so, instead, using their influence with court personnel, --my response brief was withheld from being recorded in a timely manner upon receipt.

9. Defendant's reply was recorded on April 22, 2019, clearly outside of the 7 day reply time as required by rule, and this court intentionally delayed filing Plaintiff response for 8 days for this misconduct.

WHEREFORE PLAINTIFF,
1. Objects to the filing of the reply brief as untimely.
2. Objects to the intentional 8 day delay in filing Plaintiff response in this case, as prejudicial to the administration of justice.
3. This conduct of intentionally engaging in conduct that undermines the standard rules of civil procedure as referenced in this case is unfair and partial to the defense, and unethical as it relates to the fair administration of justice in this case.

Respectfully submitted,

Dated: April 29, 2019

*Sandra O'Hara Harmon*
Sandra. O'Hara- Harmon
815 F Street
Hartsville, SC 29550
Sohara1966@aol.com