IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDRA O'HARA-HARMON,

    Plaintiff,

v.

FACEBOOK, INC.,

    Defendant.

No. C 19-cv-00601 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Facebook, Inc. And against plaintiff Sandra O'Hara-Harmon. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 20, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE